FILED

2012 Jul-11  AM 10:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| YOURU KOUDEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:12-cv-2261-JFG-PWG |
| | ) | |
| ERIC H. HOLDER, Attorney General of the United States, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

### MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Youru Koudee, *pro se*. The petitioner contends that he is being illegally detained by the respondents and that he is due to be released from custody pending his removal to Liberia under the Immigration and Nationality Act.  (Doc. 1).  The respondents have filed a motion to dismiss this matter as being moot.  (Doc. 4).  Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed evidentiary materials showing that the petitioner was released from custody under order of supervision on June 25, 2012.  (Doc. 4-1).  Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'").

Accordingly, this matter is due to be dismissed as moot.  A separate final order will be entered.

    DONE and ORDERED 11 July 2012.


                              UNITED STATES DISTRICT JUDGE
                                      J. FOY GUIN, JR.